# MADE IN AMERICA

NICKI MINAJ · POST MALONE

MEEK MILL

DIPLO • ZEDD • MIGUEL
JANELLE MONÁE • ALESSIA CARA
FAT JOE • 6LACK

BELLY • TY DOLLA $IGN • RICH THE KID
SABRINA CLAUDIO • JESSIE REYEZ
LOUIS THE CHILD • TCHAMI • LIL B • GUNNA
SNAKEHIPS • JUICE WRLD • BLOCBOY JB
SOB X RBE • SHECK WES • SAINT JHN
JAY PARK • SAWEETIE • A$AP TWELVYY
CASHMERE CAT • JAI WOLF • TOKIMONSTA
PREME • WHITE REAPER • CLAIRO
SHOW ME THE BODY • CODE ORANGE
TURNSTILE • SABA • ANNA LUNOE
DRIVER ERA • BLOODPOP

INJURY RESERVE • HOBO JOHNSON & THE LOVEMAKERS
DAVIDO • SHORELINE MAFIA • ELOHIM • LOST KINGS
FORTH WANDERERS • KWEKU COLLINS • ODIE • MAXO KREAM
ARMANI WHITE • AMARA LA NEGRA • BUZZY LEE • MIR FONTANE
TROUBLE • JPEGMAFIA • TYLA YAWEH • CITY MORGUE
LOUIS FUTON • LOPHIILE • WICCA PHASE SPRINGS ETERNAL
ORION SUN • ZAHSOSAA

**SEPT 1–2, 2018
PHILADELPHIA**

TIDAL PRESALE AVAILABLE NOW

GET TICKETS | START FREE TRIAL

START FREE TRIAL · LOGIN · MENU

get the LOOK

JACKIE AINA

WATCH NOW | START FREE TRIAL

Streaming Exclusively on TIDAL

**BONNET CHRONICLES**

EPISODE 6

WATCH NOW | START FREE TRIAL

Streaming Exclusively on TIDAL

**5 ALBUMS THAT CHANGED MY LIFE**

OKKERVIL RIVER

WATCH NOW | START FREE TRIAL

Streaming Exclusively on TIDAL

**STRANGE RELATIONS**

SURE

WATCH NOW | START FREE TRIAL

ON AIR

**RAP RADAR**

EPISODE 35
WITH GUEST BLACK THOUGHT

STREAM NOW | START FREE TRIAL

ON AIR

**SONG EXPLODER**

HOSTED BY HRISHIKESH HIRWAY
EPISODE 137
WITH GUESTS WOLF ALICE

STREAM NOW | START FREE TRIAL

Wolf Alice, Episode 137
Wolf Alice, Episode 137
Song Exploder, Wolf Alice

**KANYE WEST**

YE

STREAM NOW | START FREE TRIAL

**JACK WHITE**

OVER AND OVER AND OVER
(LIVE FROM THE GARAGE, LONDON)

WATCH NOW | START FREE TRIAL

Streaming Exclusively on TIDAL

**DEADMAU5**

ORCHESTRATION EPISODE 7

WATCH NOW | STREAM NOW | START FREE TRIAL

Orchestration Episode 7
Orchestration Episode 7
deadmau5

Streaming Exclusively on TIDAL

**AMY KLEIN**

NOTHING

STREAM NOW | START FREE TRIAL

**MAROON 5**
FEAT. CARDI B
**GIRLS LIKE YOU**

WATCH NOW | START FREE TRIAL

Streaming Exclusively on TIDAL

**IN CONVERSATION**

STING AND SHAGGY

WATCH NOW | START FREE TRIAL

Streaming Exclusively on TIDAL

**FOR THE CULTURA**

CIERRA RAMIREZ

WATCH NOW | START FREE TRIAL

WATCH NOW | START FREE TRIAL

Streaming Exclusively on TIDAL

**IN CONVERSATION**

STING AND SHAGGY

WATCH NOW | START FREE TRIAL

Streaming Exclusively on TIDAL

**FOR THE CULTURA**

CIERRA RAMIREZ

WATCH NOW | START FREE TRIAL

DJ SELECTOR

JUS SKE
MISTER CEE

STREAM NOW | START FREE TRIAL

R.M.P
La Bella Chanel

LEARN MORE | START FREE TRIAL

Streaming Exclusively on TIDAL

**ULTIMATE PLAYLIST**

C-KAN

WATCH NOW | START FREE TRIAL

ON AIR

**THE LUIS JIMENEZ PODCAST**

EPISODIO 11
COSAS QUE PASAN SOLO EN PELÍCULAS

STREAM NOW | START FREE TRIAL

Cosas que pasan solo en películas, Episodio 11
Cosas que pasan solo en películas, Episodio 11
The Luis Jimenez Podcast

# JAY:Z 4:44

THIS IS HIS 13TH STUDIO ALBUM

4:44

SIGN UP TO STREAM 4:44 | LOG IN TO STREAM 4:44

Footnotes: Kids

SIGN UP TO WATCH | LOG IN TO WATCH

Blue's Freestyle

SIGN UP TO WATCH | LOG IN TO WATCH

Family Feud

SIGN UP TO WATCH | LOG IN TO WATCH

WATCH ALL 4:44 VIDEOS

# BEYONCÉ LEMONADE

THE VISUAL ALBUM

STREAM LEMONADE

TIDAL
HIGH FIDELITY MUSIC STREAMING

AVAILABLE ON ALL SYSTEMS

START FREE TRIAL

Seamless listening across mobile, tablet, desktop and network players. Enjoy lossless music streaming on Apple devices from iPhone, iPad and iPod to Mac, as well as on PC and Android systems. Plus integration in a wide range of high fidelity network players.

TIDAL is a service from Aspiro AB