Randall T. Garteiser (CBN 231821)
rgarteiser@ghiplaw.com
Christopher A. Honea (CBN 232473)
chonea@ghiplaw.com
GARTEISER HONEA, PLLC
119 W. Ferguson St.
Tyler, Texas 75702
Tel/Fax: (888) 908-4400

Attorneys for Plaintiff
BLUE SPIKE LLC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BLUE SPIKE LLC,<br><br>   Plaintiff,<br><br>v.<br><br>Aspiro AB,<br><br>   Defendant. | Civil Case No.: 2:18-cv-05026<br><br>**BLUE SPIKE LLC'S CORPORATE DISCLOSURE STATEMENT**<br><br>**JURY TRIAL DEMANDED** |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Blue Spike LLC states that it has no parent company and that no publicly held corporation owns 10% or more of its stock.

1

Dated June 6, 2018

                              Respectfully submitted,

                              /s/ Randall T. Garteiser
                              Randall T. Garteiser
                                 California Bar No. 231821
                                 rgarteiser@ghiplaw.com
                              Christopher A. Honea
                                 California Bar No. 232473
                                 chonea@ghiplaw.com
                              **GARTEISER HONEA, PLLC**
                              119 W. Ferguson Street
                              Tyler, Texas 75702
                              Telephone: (903) 705-7420
                              Facsimile: (888) 908-4400

                              **GARTEISER HONEA, P.C.**
                              795 Folsom St., Floor 1
                              San Francisco, California 94107
                              Telephone: (415) 785-3762
                              Facsimile: (415) 785-3805

                              *Counsel for Blue Spike LLC*

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this date stamped above.

/s/ Randall T. Garteiser
Randall T. Garteiser