Thomas H. Vidal (State Bar No. 204432)
*tvidal@pryorcashman.com*
Benjamin S. Akley (State Bar No. 278506)
*bakley@pryorcashman.com*
**PRYOR CASHMAN LLP**
1801 Century Park East, 24th Floor
Los Angeles, California 90067
Telephone: (310) 683-6900
Facsimile: (310) 943-3397

Jeffrey L. Snow (*pro hac vice application forthcoming*)
*jsnow@pryorcashman.com*
Joseph V. Micali (*pro hac vice application forthcoming*)
*jmicali@pryorcashman.com*
**PRYOR CASHMAN LLP**
7 Times Square
New York, New York 10036
Telephone: (212) 421-4100
Facsimile: (212) 798-6307

*Attorneys for Defendant*
ASPIRO AB

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUE SPIKE LLC,<br><br>         Plaintiff,<br><br>   vs.<br><br>ASPIRO AB,<br><br>         Defendant. | No. 2:18-cv-05026-JAK (JPR)<br><br>**DECLARATION OF LIOR TIBON IN SUPPORT OF MOTION TO DISMISS COMPLAINT PURSUANT TO FRCP 12**<br>[Notice of Motion and Motion and Proposed Order filed concurrently]<br><br><u>Hearing</u><br>Date: November 19, 2018<br>Time: 8:30 a.m.<br>Courtroom: 10B |

Declaration of Lior Tibon in Support of Motion to Dismiss Pursuant to FRCP 12(b)
No. 2:18-cv-05026-JAK (JPR) | 1

## DECLARATION OF LIOR TIBON

I, Lior Tibon, hereby declare as follows:

1. I am an executive of Defendant Aspiro AB and the Chief Operating Officer of Aspiro AB's parent company. I have personal knowledge of the facts set forth in this Declaration, except for those matters stated to be based upon my information and belief, and as to those matters I believe them to be true. If called upon to do so I could and would competently testify to the facts set forth herein.

2. I submit this Declaration in support of Aspiro AB's motion for an order dismissing the June 6, 2018 Complaint (the "Complaint") of Plaintiff Blue Spike LLC ("Plaintiff") pursuant to Rules 12(b)(2), (3), (5), and (6) of the Federal Rules of Civil Procedure (the "Motion").

3. Aspiro AB is company organized and duly existing under the laws of Sweden.

4. Aspiro AB does not have any offices or employees in California, or have any bank accounts in California.

5. Aspiro AB also does not have an agent for service of process in California, does not own real or personal property in California, does not rent property in California, and does not have any telephone number or mailing address in California.

6. Aspiro AB does not direct any of its products or services at California.

7. In 1998, Aspiro Inc. was formed in Delaware ("Aspiro Inc. DE"), and subsequently in 2000, registered to do business in California.

8. Aspiro Inc. DE surrendered its California business registration in 2008, and at that time Aspiro Inc. DE expressly "revoke[d] its designation of agent for service of process in California." (A true and correct copy of Aspiro Inc. DE's California Certificate of Surrender of Right to Transact Intrastate

Pryor Cashman LLP
1801 Century Park East, 24th Floor
Los Angeles, California 90067
Telephone: (310) 683-6900
Facsimile: (310) 943-3397

Declaration of Lior Tibon in Support of Motion to Dismiss Pursuant to FRCP 12(b)
No. 2:18-cv-05026-JAK (JPR) | 2

Business is attached hereto as Exhibit 1.)

9. Aspiro Inc. DE was dissolved in Delaware as of April 15, 2014. (A true and correct copy of Aspiro Inc. DE's Delaware Short Form Certificate of Dissolution is attached hereto as Exhibit 2.)

10. In a number of places, the Complaint alleges that "Defendant induces its customers to infringe at the very least by providing information on how to access the Internet via its router system." Aspiro AB does not provide information on how to access the Internet via any router system. Aspiro AB does not offer access to, provide, or otherwise sell router systems.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This declaration is executed on 7/30/2018, at New York, NY.

_____
Lior Tibon

Pryor Cashman LLP
1801 Century Park East, 24th Floor
Los Angeles, California 90067
Telephone: (310) 683-6900
Facsimile: (310) 943-3397

Declaration of Lior Tibon in Support of Motion to Dismiss Pursuant to FRCP 12(b)
No. 2:18-cv-05026-JAK (JPR) | 3