# EXHIBIT 2

# Delaware

Page 1

The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF DISSOLUTION OF "ASPIRO, INC.", FILED IN THIS OFFICE ON THE FIFTEENTH DAY OF APRIL, A.D. 2014, AT 3:32 O`CLOCK P.M.



Jeffrey W. Bullock, Secretary of State

2958949  8100  
SR# 20185473123  
You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 202996901  
Date: 07-02-18

# STATE OF DELAWARE
# SHORT FORM CERTIFICATE
# OF DISSOLUTION
# (SECTIONS 275 AND 391 (a) (5) (b))

The corporation organized and existing under the General Corporation Law of the State of Delaware, hereby certifies as follows:

1. The dissolution of Aspiro, Inc.

has been duly authorized by the Board of Directors and Stockholders in accordance with subsections (a) and (b) of Section 275 or by unanimous consent of Stockholders in accordance with subsection (c) of Section 275 of the General Corporation Law of the State of Delaware.

2. The date of filing of the Corporation's original Certificate of Incorporation in Delaware was October 23rd, 1998

3. The date the dissolution was authorized is April 15th, 2014

4. The names and addresses of the directors and officers of the corporation are as follows:

| NAME | TITLE | ADDRESS |
|---|---|---|
| C. Anthony Shippam | Director | 1007 Orange Street, Suite 1410 Wilmington, Delaware 19801 |
| C. Anthony Shippam | President, Treasurer, Secretary | 1007 Orange Street, Suite 1410 Wilmington, Delaware 19801 |

5. The corporation has no assets and has ceased transacting business.

6. The corporation, for each year since its incorporation in this State, has been required to pay only the minimum franchise tax then prescribed by Section 503 of the General Corporation Law of the State of Delaware

7. The corporation has paid all franchise taxes and fees due to or assessable by this State through the end of the year in which the certificate of dissolution is filed.

By: _____
    Authorized Officer

Name: C. Anthony Shippam / President
      Print or Type

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 03:32 PM 04/15/2014*
*FILED 03:32 PM 04/15/2014*
*SRV 140474412 - 2958949 FILE*