Thomas H. Vidal (State Bar No. 204432)
*tvidal@pryorcashman.com*
Benjamin S. Akley (State Bar No. 278506)
*bakley@pryorcashman.com*
**PRYOR CASHMAN LLP**
1801 Century Park East, 24th Floor
Los Angeles, California 90067
Telephone: (310) 683-6900
Facsimile:  (310) 943-3397

Jeffrey L. Snow (*pro hac vice application forthcoming*)
*jsnow@pryorcashman.com*
Joseph V. Micali (p*ro hac vice application forthcoming*)
*jmicali@pryorcashman.com*
**PRYOR CASHMAN LLP**
7 Times Square
New York, New York 10036
Telephone: (212) 421-4100
Facsimile:  (212) 798-6307

*Attorneys for Defendant*
ASPIRO AB

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUE SPIKE LLC,<br><br>    Plaintiff,<br>vs.<br><br>ASPIRO AB,<br><br>    Defendant. | Case No. 2:18-cv-05026-JAK (JPR)<br><br>**NOTICE OF NON-OPPOSITION TO MOTION TO DISMISS COMPLAINT PURSUANT TO FRCP 12**<br><br>Hearing<br>Date:  November 12, 2018<br>Time: 8:30 a.m.<br>Courtroom: 10B |

**Notice Of Non-Opposition**
**Case No. 2:18-cv-05026-JAK (JPR)** | 1

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Blue Spike LLC ("Plaintiff") has not filed an opposition to Defendant Aspiro AB's motion for an order dismissing the Complaint in this action pursuant to Fed. R. Civ. P. 12(b)(2), (3), (5), and (6) (the "Motion").

Pursuant to Rule 9.b(b) of the Individual Rules of this Court, Plaintiff's opposition to Aspiro AB's Motion, if any, was required to be filed by or before August 20, 2018 (21 days after the filing of the Motion). As of the date of this Notice (August 31, 2018), Plaintiff has not filed any opposition at all to Aspiro AB's Motion, timely or otherwise. Accordingly, the Motion is unopposed.

For that reason, in addition to the reasons set forth in Aspiro AB's Motion papers, Aspiro AB respectfully requests that the Court grant the Motion, dismiss this action pursuant to FRCP 12(b)(2), (3), (5), and (6), and grant Aspiro AB such other and further relief as may be just and proper.

**PRYOR CASHMAN LLP**

Dated: August 31, 2018  By:  /s/ *Thomas H. Vidal*
Thomas H. Vidal
*tvidal@pryorcashman.com*
Benjamin S. Akley
*bakley@pryorcashman.com*
Jeffrey L. Snow
*jsnow@pryorcashman.com*
Joseph V. Micali
*jmicali@pryorcashman.com*

*Attorneys for Defendant*
ASPIRO AB

**Notice Of Non-Opposition**
**Case No. 2:18-cv-05026-JAK (JPR)** | 2