Jeffrey Francis Craft SBN 147186
jcraft@devlinlawfirm.com
DEVLIN LAW FIRM
2069 Cold Canyon Rd.
Calabasas, CA 91302
Telephone: (302) 449-9010
Facsimile: (302) 353-4251

Attorney for Blue Spike, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ASPIRO AB,<br><br>    Defendant. | Case No. 2:18-cv-05026-JAK-JPR<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>District Judge:    John A. Kronstadt<br>Magistrate Judge:  Jean P. Rosenbluth |

Plaintiff Blue Spike, LLC hereby files this Notice of Voluntary Dismissal Without Prejudice of Defendant Aspiro AB pursuant to Federal Rule of Civil Procedure 41(a)(1). According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of the court by filing a notice of dismissal at any time before service by the adverse party of an answer. Defendant has not yet answered the Complaint. Accordingly, Blue Spike, LLC voluntarily dismisses Defendant without prejudice pursuant to Rule 41(a)(1).

DATED: September 11, 2018            Respectfully submitted,

*/s/ Jeffrey Francis Craft*
Jeffrey Francis Craft SBN 147186
jcraft@devlinlawfirm.com
DEVLIN LAW FIRM LLC
1306 N. Broom St., 1st Floor
Wilmington, DE 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251

Attorneys for Plaintiff Blue Spike, LLC

Pursuant to Local Rule 5-4.3.4, the filer of this document attests that all of the signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Electronic Service List for this case.

Executed on September 11, 2018.

*/s/ Jeffrey Francis Craft*
Jeffrey Francis Craft SBN 147186

Attorneys for Plaintiff
Blue Spike, LLC.